IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SONYA MARTIN

CRIMINAL CASE NO.
1:09-CR-00491-10-SCJ

## ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge C. Christopher Hagy [Doc. No. 154], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motion to Sever Defendants by defendant Sonya Martin [Doc. No. 145] is hereby **DENIED**.

**IT IS SO ORDERED** this 27th day of October, 2011.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE